# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMON BENITEZ,<br><br>                Petitioner,<br><br>v.<br><br>CHARLES W. CALLAHAN, Warden,<br><br>                Respondent. | Case No.: 17cv1926 CAB (JMA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

     Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than November 30, 2017,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

     **IT IS SO ORDERED.**

Dated: September 26, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge